IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case. No. 14-cv-0462 GBW/SMV

2006 RANGE ROVER,

    Defendant,

and

CHASE AUTO FINANCE NATIONAL RECOVERY GROUP,

    Claimant.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte.  The United States initiated this action for forfeiture of the Defendant vehicle on May 16, 2014.[1]  [Doc. 1].  On July 23, 2014, Plaintiff filed its notice of publication of the forfeiture.  [Doc. 4].  Thereafter, on November 14, 2014, JP Morgan Chase Bank, N.A., entered an appearance as a "Cross-Plaintiff."  [Doc. 5].  The Court Clerk's office contacted the attorney for JP Morgan Chase, asking her to amend the notice of appearance to clarify the bank's role in the case, if any.  Nevertheless, since the entry of appearance was filed more than six months ago, there has been no activity on the docket of this case.  Accordingly, **Plaintiff shall file a status report no later than June 5, 2015**.

    IT IS SO ORDERED.

                                                                        STEPHAN M. VIDMAR
                                                                        **United States Magistrate Judge**

---

[1] This case is excluded from the normal pre-trial case management procedures.  *See* D.N.M.LR-Civ. 16.3(e).